UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VOLODYMYR LOZYNSKYI,<br><br>　　　　　　　　Defendant. | CASE NO. MJ 25-226<br><br>**DETENTION ORDER** |

　　　The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　　Defendant is charged in the Eastern District of Washington with conspiracy to commit bank fraud, bank fraud, and wire fraud. The government contends Defendant should be detained because he poses a serious risk to flee and a serious risk of obstruction of justice through intimidation of witnesses.

　　　Defendant is a citizen of Ukraine and was admitted into the United States in October 2024. He has limited ties to the county having been in the country for just six months. He has significant ties to Ukraine as his wife and three children reside in that country. This facts cut against release as they indicate he has no incentive to remain in the country and an incentive to

DETENTION ORDER - 1

flee the country to avoid prosecution and imprisonment. The government also contends that Defendant poses a serious risk of obstruction or to intimidate witness. The government alleges that Defendant and others took advantage of an elderly individual by posing as law enforcement officials who claimed to be acting on behalf of a Court and defrauded this individual of a large sum of money. The alleged victim, the government contends is extremely vulnerable and susceptible to intimidation or tampering. The Court agrees and thus finds defendant should also be detained for this reason.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 23rd day of April, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

e

DETENTION ORDER - 2